# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ANDREA O. COLLINS | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:03CV956 LG-RHW |
| | § | |
| GULFPORT SURGERY CLINIC, | § | |
| PLLC, F/K/A GULF COAST | § | |
| SURGICAL ASSOCIATES | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [67] filed by Defendant Gulfport Surgery Clinic, PLLC, the Court, after a full review and consideration of the Defendant's Motion and Plaintiff's Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Motion for Summary Judgment [67] filed by Defendant Gulfport Surgery Clinic, PLLC is **GRANTED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 19th day of September, 2007.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE